

U.S. Department of Justice

*United States Attorney*
*District of Maryland*
*Southern Division*

---

*Leah B. Grossi*
*Assistant United States Attorney*
*Leah.Grossi@usdoj.gov*

*Mailing Address:*
*6500 Cherrywood Lane, Suite 200*
*Greenbelt, MD 20770-1249*

*Office Location:*
*6406 Ivy Lane, 8th Floor*
*Greenbelt, MD 20770-1249*

DIRECT: 301-344-4235
MAIN: 301-344-4433
FAX: 301-344-4516

**FILED BY ECF**

November 30, 2020

The Honorable Paula Xinis
United States District Court for the District of Maryland
6500 Cherrywood Lane
Greenbelt, Maryland 20770

    Re:    United States v. Jose Domingo Ordonez-Zometa,
              Criminal No. PX-19-440

Dear Judge Xinis:

The purpose of this letter is to provide a written joint status report on the above captioned case, as per the Court's order at ECF No. 16.

On October 21, 2020, the Defendant, Jose Domingo Ordonez-Zometa, was charged in a separate criminal case before Your Honor with one count of Conspiracy to Participate in a Racketeering Enterprise, in violation of 18 U.S.C. § 1962(d), and one count of Conspiracy to Destroy and Conceal Evidence, in violation of 18 U.S.C. § 1512(c)(1). *See United States v. Jose Domingo Ordonez-Zometa, et al.*, PX-20-229 at ECF No. 38 (D. Md.).

The parties agree that it is in their mutual interests to have the Defendant's new criminal case (PX-20-229) proceed first and to allow the Defendant's illegal re-entry case (PX-19-440) to trail. The Defendant's motion to suppress in his illegal re-entry case (PX-19-440 at ECF No. 12) is currently pending and thus, the speedy trial clock is currently tolled in that case pursuant to 18 U.S.C. § 3161(h)(1)(D).

Please let the parties know if the Court would like to discuss this matter further. Thank you for your consideration.

                          Very truly yours,

                          Robert K. Hur
                          United States Attorney

                          _____/s/_____
                          Leah B. Grossi
                          William D. Moomau
                          Assistant United States Attorneys

Cc: Christopher Nieto, Esq.