## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| **v.** | *    **CRIMINAL NO. PX 19-440** |
| | * |
| **JOSE DOMINGO ORDONEZ-ZOMETA** | * |
| | * |
| **Defendant** | * |
| | * |
| | ******* |

## <u>ORDER FOR DISMISSAL</u>

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Maryland hereby dismisses, without prejudice, the indictment pending against the defendant, Jose Domingo Ordonez-Zometa, in the above- captioned case.

Erek L. Barron
United States Attorney
District of Maryland


By: _____
William D. Moomau
Assistant United States Attorney


Leave of Court is GRANTED for the filing of the foregoing dismissal without prejudice.


_____                    _____
Date                            Paula Xinis
                                United States District Judge

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –

**Advice to U.S. Marshal**: Defendant was sentenced to life imprisonment in Case No. PX 20-229 and is being transferred to the custody of the Bureau of Prisons.